# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| MATTHEW RANCOSKY, ADMINISTRATOR DBN OF THE ESTATE OF LEANN RANCOSKY AND MATTHEW RANCOSKY, EXECUTOR OF THE ESTATE OF MARTIN L. RANCOSKY, | : No. 124 WAL 2016<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court<br>: |
| Respondent | : |
| v. | : |
| WASHINGTON NATIONAL INSURANCE COMPANY, AS SUCCESSOR BY MERGER TO CONSECO HEALTH INSURANCE COMPANY, FORMERLY KNOWN AS CAPITAL AMERICAN LIFE INSURANCE COMPANY, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of August, 2016, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue[s] set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue[s], as stated by petitioner, is:

Whether this Court should ratify the requirements of Terletsky v. Prudential Property & Casualty Insurance Co., 649 A.2d 680 (Pa. Super. 1994), *appeal denied*, 659 A.2d 560 (Pa. 1995), for establishing insurer bad faith under 42 Pa.C.S. § 8371, and assuming the answer to be in the affirmative, whether the Superior Court erred in holding that Terletsky factor of a "motive of self-interest or ill-will" is merely a discretionary consideration rather than a mandatory prerequisite to proving bad faith?